IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE, COMPANY OF PITTSBURGH, PENNSYLVANIA, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:10-cv-00073-SNLJ ) |
| JOHN LANGSTON, et al., | ) ) |
| Defendants. | ) ) |

**AMENDED ORDER AND JUDGMENT**

This matter is before the Court on Claimants Keith Gray d/b/a Keith Gray Farms, John Langston, and John Langston Enterprises, Inc. (collectively the "Claimants") Joint Motion for Disbursement. The Claimants move the Court for an Order disbursing the balance of the Interpleader Funds, to John Langston and Langston Enterprises, Inc. in the amount of $64,000.00 or sixty-four percent (64%) of the Interpleader Funds and Keith Gray d/b/a Keith Gray Farms in the amount of $36,000.00 or thirty-six percent (36%) of the Interpleader Funds, plus any accrued interest payable in the same proportion as above, and for said funds to be disbursed through the Clerk's normal course of payment procedures with payments made payable jointly to John Langston, Langston Enterprises, Inc. and Guilfoil Petzall & Shoemake, L.L.C. and jointly to Keith Gray and Guilfoil Petzall & Shoemake, L.L.C.

Accordingly,

**ITS IS HEREBY ORDERED**, that Claimants Keith Gray d/b/a Keith Gray Farms, John Langston, and John Langston Enterprises, Inc's Joint Motion for Disbursement is **GRANTED**, and

**ITS IS FURTHER ORDERED,** that the Clerk of this Court be and is hereby directed and authorized without further delay, to disburse the balance of the Interpleader Funds, to John Langston and Langston Enterprises, Inc. in the amount of $64,000.00 or sixty-four percent (64%) of the Interpleader Funds and Keith Gray d/b/a Keith Gray Farms in the amount of $36,000.00 or thirty-six percent (36%) of the Interpleader Funds, plus any accrued interest payable in the same proportion as above, and for said funds to be disbursed through the Clerk's normal course of payment procedures with payments made payable jointly to John Langston, Langston Enterprises, Inc. and Guilfoil Petzall & Shoemake, L.L.C. and jointly to Keith Gray and Guilfoil Petzall & Shoemake, L.L.C.

Dated: 3-7-11

Honorable Stephen N. Limbaugh, Jr.